CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
J.H. SHIPPING CO. LTD.,                                :
                                                       :
                                                       :
                            Plaintiff,                 :     **08-CV-0229**
                                                       :
                    v.                                 :     **NOTICE OF**
                                                       :     <u>**APPEARANCE**</u>
VICTORY SHIPPING SDN BHD and EMERALD  :
INTERNATIONAL MARITIME SA a/k/a                        :
EMERALD INTL M S A,                                    :
                                                       :
                            Defendants.                :
-------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated:  North Bergen, New Jersey
        February 7, 2008

                CLARK, ATCHESON & REISERT
                Attorneys for Garnishee
                Societe Generale New York Branch

      By: _____
                Richard J. Reisert (RR-7118)
                7800 River Road
                North Bergen, NJ  07047
                Tel: (201) 537-1200
                Fax: (201) 537-1201
                Email:  <u>reisert@navlaw.com</u>