UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
J.H. SHIPPING CO. LTD.,

                Plaintiff,

  - against -

VICTORY SHIPPING SDN BHD and
EMERALD INTERNATIONAL MARITIME SA
a/k/a EMERALD INTL M S A,

                Defendants.
----------------------------------------------------------------X

08 Civ. 229 (DC)

ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendants that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The attachment is hereby vacated and garnishee bank, UBS, a garnishee of Defendants, is directed to immediately release Defendants' funds which it restrained pursuant to the Ex-Parte Order(s) issued in the instant action in the approximate amount of $700.00 to the Defendant(s) or pursuant to Defendants or Defendants' counsel's instructions, and UBS shall have discharged its obligations as garnishee in this action upon making such payment of the Attached Funds to the Defendants or at the Defendants or Defendants' counsel's directions.

Dated: February 21, 2008
Southport, CT

                The Plaintiff,
                J.H. SHIPPING CO. LTD.

                By: _____
                Nancy R. Peterson (NP 2871)
                LENNON, MURPHY & LENNON, LLC
                420 Lexington Ave., Suite 300
                New York, NY 10170
                Phone (212) 490-6050
                Fax (212) 490-6070
                nrp@lenmur.com

SO ORDERED:
_____
U.S.D.J.
2/25/08